**Denton County**
**Juli Luke**
**County Clerk**

**Instrument Number:** 55671

ERecordings-RP

LIS PENDENS (NOTICE OF)

Recorded On: May 22, 2025 04:25 PM

Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $33.25

************** THIS PAGE IS PART OF THE INSTRUMENT **************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 55671 |
| Receipt Number: | 20250522000593 |
| Recorded Date/Time: | May 22, 2025 04:25 PM |
| User: | Calinda B |
| Station: | Station 20 |

**Record and Return To:**

Simplifile

STATE OF TEXAS
COUNTY OF DENTON

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ABDUL HADI MURSHID (01)
MUHAMMAD SALMAN NASIR (02)
LAW OFFICES OF D. ROBERT JONES PLLC (03)
RELIABLE VENTURES, INC. (04)

NO. 3:25-CR-222-S

ABDUL HADI MURSHID
HALEEMA KHAN
*Potential Claimants*

**NOTICE OF LIS PENDENS**

The foregoing judicial forfeiture action, which affects title to real property, has been commenced and is now pending between the parties named in the above-captioned matter, which seeks to forfeit the real property and all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located at 1432 Benavites Drive, Little Elm, TX 75068 and legally described as:

> LOT 29, BLOCK 11, OF VALENCIA ON THE LAKE PHASE 2A, AN ADDITION TO THE TOWN OF LITTLE ELM, DENTON COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED UNDER INSTRUMENT NO. 2018-62, PLAT RECORDS, DENTON COUNTY, TEXAS

to the United States. The record owner of the real property is Abdul Hadi Murshid and Haleema Khan. Notice of this forfeiture action shall bar the foreclosure of any lien or tax deed sale of the referenced property.

[ Continued Next Page ]

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Northern District of Texas.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

By: John Penn
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce St., Suite 300
Dallas, TX 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: john.penn@usdoj.gov

STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this day personally appeared John Penn, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that s/he executed the same for the purposes and considerations expressed and in the capacity stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE May 22, 2025.

Notary Public, State of Texas

SHAKENIA DANIELS
Notary Public, State of Texas
Comm. Expires 09-19-2028
Notary ID 131359938