# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 3:25-CR-00222-S |
| | § | |
| ABDUL HADI MURSHID | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue [ECF No. ]. For the reasons set forth in the Motion, the Court **GRANTS** the Motion.

**SO ORDERED**.

SIGNED

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE