# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL ACTION NO. 3:25-CR-0222-S |
| ABDUL HADI MURSHID (01) | § | |
| MUHAMMAD SALMAN NASIR (02) | § | |
| LAW OFFICES OF D. ROBERT JONES | § | |
| PLLC (03) | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial and Pretrial Deadlines ("Motion") [ECF No. 105]. On June 24, 2026, the Court held a hearing on the Motion. For the reasons stated on the record and herein, the Court **GRANTS** the Motion.

On July 7, 2025, the Court issued a written order finding that the case is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), such that it was unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits of 18 U.S.C. § 3161. *See* Order [ECF No. 61] 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of a trial continuance outweigh the best interests of the public and Defendants in a speedy trial, considering that (1) the failure to grant a continuance would be likely to make a continuation of pretrial proceedings and trial impossible or result in a miscarriage of justice; (2) the case is unusual or complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits of 18 U.S.C. § 3161; and (3) taking into account the exercise of due diligence by the parties, a continuance of the duration granted by this Order is necessary for effective preparation by the parties.

Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial and Pretrial Deadlines [ECF No. 105]. The Court will reset this case for trial by separate order.

**SO ORDERED.**

SIGNED June 25, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**