**Denton County**
**Juli Luke**
**County Clerk**

---

**Instrument Number:** 102787

ERecordings-RP

RELEASE OF LIS PENDENS

Recorded On: August 31, 2026 09:34 AM

Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $33.50

---

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 102787 |
| Receipt Number: | 20260831000152 |
| Recorded Date/Time: | August 31, 2026 09:34 AM |
| User: | Brooke M |
| Station: | Station 36 |

**Record and Return To:**

Simplifile

---

STATE OF TEXAS
COUNTY OF DENTON

**I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.**

Juli Luke
County Clerk
Denton County, TX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL HADI MURSHID (01)<br>MUHAMMAD SALMAN NASIR (02)<br>LAW OFFICES OF D. ROBERT JONES PLLC (03)<br>RELIABLE VENTURES, INC. (04) | NO. 3:25-CR-222-S |
| MUHAMMAD NASIR<br>RABIA SALMAN<br>*Potential Claimants* | |

**NOTICE OF RELEASE OF LIS PENDENS**

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Release of the Notice of Lis Pendens recorded on May 22, 2025, as Instrument No. 55672 in Denton County, Texas, which covers certain property in a forfeiture case entitled *United States of America* v. *Abdul Hadi Murshid, et al,* No. 3:25-CR-222-S in the United States District Court for the Northern District of Texas. This release covers that certain real property located at **4060 Woodbine Lane, Prosper, Denton County, Texas**, and legally described as:

> LOT 19, BLOCK K, WINDSONG RANCH ADDITION, PHASE 4B, AN ADDITION TO THE CITY OF PROSPER, DENTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 2016, PAGE 2247, MAP RECORDS, DENTON COUNTY, TEXAS

[NOTHING FURTHER ON THIS PAGE]

Executed August 31, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

By: John Penn
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Email: john.penn@usdoj.gov

STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, the undersigned authority, a Notary Public in and for Dallas County, Texas, on this day personally appeared John Penn known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that s/he signed and executed the same for the purposes and consideration expressed and, in the capacity, stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE August 31, 2026.

Notary Public, State of Texas

SHAKENIA DANIELS
Notary Public, State of Texas
Comm. Expires 09-19-2028
Notary ID 131359938